```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04258
   ANTON J BALAJA JR
   DIANE M BALAJA                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6171      SSN XXX-XX-5784
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 03/10/07 and confirmed on 07/17/07.

   2. The case was dismissed after confirmation, 02/29/2008.

   3. The Debtor paid a total of $   3645.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1942.96 | .00 | 1034.21 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| AMB ANESTHESIOLOGISTS OF | UNSECURED | 103.93 | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ATHLETIC & THERAPEUTIC I | UNSECURED | 800.00 | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 250.00 | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY PAIN SPECI | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS WOMEN CTR FOR HE | UNSECURED | NOT FILED | .00 | .00 |
| ELSY DEVASSY MD | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL CONTROL SYSTEM | UNSECURED | 207.00 | .00 | .00 |
| FINANCIAL CONTROL SYSTEM | UNSECURED | 83.60 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 283.58 | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| M&M ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 385.54 | .00 | .00 |

        Summary of disbursements:

```
                    SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00     1942.96     2113.65          .00      4056.61
PRINCIPAL PAID          .00     1034.21         .00          .00      1034.21
INTEREST PAID           .00         .00         .00          .00          .00
TOTAL PAID              .00     1034.21         .00          .00      1034.21
```

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3000.00
and was paid $     500.00  direct and $   2500.00  through the plan.

The Trustee received $     110.79 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE